UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PIERRE NASSIF,
               Petitioner,

    V.

CIVIL ACTION
NO.  04-11312-REK

JOSEPH F. McDONOUGH, WARDEN AND
SHERIFF, PLYMOUTH COUNTY CORRECTIONAL FACILITY,
          Respondent.

O R D E R

The Clerk of this Court is hereby ORDERED to serve a copy of the  Petition for Writ of Habeas

Corpus pursuant to 28 U.S.C. § 2241 upon the office of the United States Attorney; Frank Crowley,

Department of Homeland Security, Special Assistant U.S. Attorney, P.O. Box 8728, JFK Station, Boston,

MA 02114; AND Sheriff Joseph F. McDonough, Plymouth County Correctional Facility; 26 Long Pond

Road, Plymouth, MA 02360.

It is further ORDERED that the Respondent, within 20 days of receipt of this Order, file an answer

(or other responsive pleading) to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

It is further ORDERED that the Respondent provide the Court with at least forty-eight (48) hours

advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

Dated at Boston, Massachusetts, this  21st  day of  June  2004.


                  /s/ Robert E. Keeton
                 ROBERT E. KEETON
                 UNITED STATES DISTRICT JUDGE