UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PIERRE NASSIF,                )
                              )  2004 JUN 30 P 2: 56
            Petitioner        )
                              )      Civil Action No.
      v.                      )      04cv11312-REK
                              )
JOSEPH F. MCDONOUGH, SHERIFF, )
PLYMOUTH COUNTY,              )
                              )
            Respondent        )

MOTION TO DISMISS

Respondent[1] moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(1) for mootness.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

              By:   _____
                    FRANK CROWLEY
                    Special Assistant U.S. Attorney
                    Department of Homeland Security
                    P.O. Box 8728
                    J.F.K. Station
                    Boston, MA 02114
                    (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon counsel for petitioner by mail on June 30, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114