UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
PIERRE NASSIF,                      )
    Petitioner                      )
                                    )
    v.                              )   CIVIL ACTION
                                    )   NO. 04-11312-REK
JOSEPH F. MCDONOUGH, WARDEN AND     )
    SHERIFF, PLYMOUTH COUNTY        )
    CORRECTIONAL FACILITY,          )
    Respondent                      )
_____ )

**Final Judgment**
January 26, 2005

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

This civil action is DISMISSED.

Approved:                                   By the Court,


  /s/Robert E. Keeton                         /s/Karen Folan


Robert E. Keeton                            Karen Folan, Deputy Clerk
Senior United States District Judge